IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| BERNARD LEWIS | : | |
| | : | |
| v. | : | Civil Action No. DKC 13-1561 |
| | : | |
| MCCABE, WEISBERG & CONWAY, LLC et al. | : | |
| | : | |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 4th day of August, 2014, by the United States District Court for the District of Maryland, ORDERED that:

    1.   The motion to dismiss filed by Defendant McCabe, Weisberg & Conway, LLC (ECF No. 14) BE, and the same hereby IS, GRANTED;

    2.   The motion to dismiss filed by Defendants Deutsche Bank National Trust Company, Homeward Residential, Inc., and Ocwen Loan Servicing, LLC (ECF No. 17) BE, and the same hereby IS, GRANTED;

    3.   The amended complaint (ECF No. 10) BE, and the same hereby IS, DISMISSED against all Defendants; and

4.   The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for Defendants and directly to *pro se* Plaintiff Bernard Lewis and CLOSE this case.

        /s/
DEBORAH K. CHASANOW
United States District Judge
